**FILED**
**JUN 0 9 2008** TC
6-9-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

United States District Court
Northern District of Illinois

| | |
|---|---|
| LISA ZAWACKI, ) | |
| ) | |
| Plaintiff, ) | Filed: March 26, 2008 |
| ) | |
| v. ) | Case No.: 08 CV 1752 NF |
| ) | |
| JOHN DOE, Individually, and as an Agent For ) | Circuit Case No.: 08 L 149 |
| ALLIED HOLDINGS, INC. and ALLIED ) | |
| HOLDINGS, INC. d/b/a ALLIED HOLDINGS ) | Assigned Judge: Anderson |
| GROUP d/b/a ALLIED SYSTEMS d/b/a ) | Designated Magistrate Judge: |
| ALLIED SYSTEMS HOLDINGS, INC. d/b/a ) | Cole |
| ALLIED SYSTEMS GROUP, INC. d/b/a ALLIED ) | |
| SYSTEMS, INC. OF GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF PROCESS ON NON-RESIDENT

The undersigned certifies that on June 4, 2008, he affected service upon the Defendant, ALLIED SYSTEMS HOLDINGS, INC., a non-resident of Illinois, by filing and service through the Illinois Secretary of State, in compliance with the provisions of Section 10.301 of the Illinois Vehicle Code.

The undersigned further certifies that she has mailed, by Registered Mail, return receipt requested, copies of the attached proof of service of the Office of the Secretary of State, Affidavit of Compliance, Alias Summons and Complaint, along with this notice to the Defendant, ALLIED SYSTEMS HOLDINGS, INC. at their last know address 40 Technology Parkway South #300, Norcross, GA, and to the insurance carrier for ALLIED SYSTEMS HOLDINGS, INC., Claims Management Services, 360 Market Place, Roswell, GA 30075-3928, on this 4th of June, 2008.

Pete E. Naylor, HUPY & ABRAHAM
ATTY #: 6286944