# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Lisa Zawacki

                Plaintiff,

v.                                                                      Case No.: 1:08–cv–01752
                                                      Honorable Wayne R. Andersen

John Doe, et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 17, 2008

                                                                                           /s/ Wayne R. Andersen

                                                                                       United States District Judge