# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LISA ZAWACKI

V.

JOHN DOE, Individually, and as an Agent For ALLIED HOLDINGS, INC. and ALLIED HOLDINGS, INC. d/b/a ALLIED HOLDINGS GROUP d/b/a ALLIED SYSTEMS d/b/a ALLIED SYSTEMS HOLDINGS, INC. d/b/a ALLIED SYSTEMS GROUP, INC. d/b/a ALLIED SYSTEMS, INC. OF GEORGIA

Filed: March 26, 2008
CASE NUMBER: 08 CV 1752 NF

Circuit Case No.: 08 L 149
ASSIGNED JUDGE: Judge Andersen

DESIGNATED
MAGISTRATE JUDGE: Judge Cole

TO: (Name and address of Defendant)

ALLIED SYSTEMS HOLDINGS, INC.
40 Technology Parkway South #300
Norcross, GA 30092

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Attorney Pete E. Naylor
HUPY & ABRAHAM
501 North Riverside Drive, Suite 101
Gurnee, IL 60031
(847) 625-5500

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_
(BY) DEPUTY CLERK

**JESSE WHITE**
SECRETARY OF STATE

JUN 0 9 2008

AMT. $ 5.00 (S)    JUN 0 2 2008
                   DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

G    Served personally upon the defendant.  Place where served: _____

_____

G    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G    Returned unexecuted: _____

_____

_____

G    Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                 Date                              *Signature of Server*

                                    _____
                                         *Address of Server*

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



## OFFICE OF THE SECRETARY OF STATE

JESSE WHITE • Secretary of State

June 09, 2008

HUPY AND ABRAHAM
501 NORTH RIVERSIDE DR SUITE 101
GURNEE, IL 60031

**FILED**

**JUN 18 2008 TG**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Sir or Madam:

Copies of Summons(es), Complaint(s) at Law, and Affidavit(s) of Compliance with proper fee(s) have been received on the following:

**LISA ZAWACKI V ALLIED SYSTEMS HOLDINGS INC, #08 L 149, Fee $5.00**

Filing and Service have been accepted on 6/9/2008 in compliance with the provisions of 625 ILCS 5/10-301 or provisions of 735 ILCS 5/2-203.1 as applicable.

Sincerely,

*Jesse White*

Jesse White
Secretary of State


**ALL INQUIRIES CALL:**
(217) 785-3094
Office of the General Counsel
Room 298, Howlett Building
Springfield, Illinois 62756


JW:sf
Enclosure