6-063815                     EBR/PAR/kk                     #25017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LISA ZAWACKI                               )  | |
| )                                          | |
| Plaintiff,                            )    | |
| )                                          | Federal No. 08 CV1752 |
| )                                          | |
| v.                                         )  | Judge Jeffrey Cole |
| )                                          | |
| JOHN DOE, Individually, and as an Agent For )  | |
| ALLIED HOLDINGS, INC. and ALLIED            )  | |
| HOLDINGS, INC. d/b/a ALLIED HOLDINGS,        )  | |
| GROUP d/b/a ALLIED SYSTEMS d/b/a             )  | |
| ALLIED SYSTEMS HOLDINGS INC. d/b/a            )  | |
| ALLIED SYSTEMS GROUP INC. d/b/a               )  | |
| ALLIED SYSTEMS INC. OF GEORGIA                )  | |
| )                                          | |
| Defendants.                           )    | |

## NOTICE OF MOTION

On **Wednesday July 16, 2008 at 8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Jeffrey Cole** in **Room 1838** or any judge sitting in his stead, in the courtroom usually occupied by him at the Northern District of Illinois Eastern Division and shall then and there present for hearing, **DEFENDANT ALLIED HOLDINGS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**, a copy of which is attached hereto.

                                                Respectfully submitted,
                                                PRETZEL & STOUFFER, CHARTERED

                                                By:/s/Paul A. Ruscheinski
                                                One of the Attorneys for
                                                Allied Holdings, Inc.
                                                Edward B. Ruff, III, Esq. ARDC # 618332
                                                Paul A. Ruscheinski, Esq. ARDC # 6279731
                                                One South Wacker Drive, Suite 2500
                                                Chicago, Illinois 60606
                                                (312) 346-1973
                                                Pruscheinski@pretzel-stouffer.com

CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 9$^h$ day of  July, 2008, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, Defendant's Notice of Motion and Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic system.

Pete E. Naylor
Hupy & Abraham
501 N. Riverside Drive, Suite 101
Gurnee, IL 60031
PNaylor@mfhupy.com

      Respectfully submitted,
      PRETZEL & STOUFFER, CHARTERED
      By:/s/Paul A. Ruscheinski
      One of the Attorneys for
      Allied Holdings, Inc.
      Edward B. Ruff, III, Esq. ARDC # 618332
      Paul A. Ruscheinski, Esq. ARDC #
      6279731 One South Wacker Drive, Suite
      2500 Chicago, Illinois 60606
      (312) 346-1973
      Pruscheinski@pretzel-stouffer.com