6-063815                         EBR/PAR/kk                         #25017

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LISA ZAWACKI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Federal No. 08 CV1752 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| JOHN DOE, Individually, and as an Agent For ALLIED HOLDINGS, INC. and ALLIED HOLDINGS, INC. d/b/a ALLIED HOLDINGS, GROUP d/b/a ALLIED SYSTEMS d/b/a ALLIED SYSTEMS HOLDINGS INC. d/b/a ALLIED SYSTEMS GROUP INC. d/b/a ALLIED SYSTEMS INC. OF GEORGIA | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF MOTION

On **Wednesday July 23, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Wayne R. Andersen** in **Room 1403** or any judge sitting in his stead, in the courtroom usually occupied by him at the Northern District of Illinois Eastern Division and shall then and there present for hearing, **DEFENDANT ALLIED HOLDINGS'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6)**, a copy of which is attached hereto.

Respectfully submitted,
PRETZEL & STOUFFER, CHARTERED

By:/s/Paul A. Ruscheinski
One of the Attorneys for
Allied Holdings, Inc.
Edward B. Ruff, III, Esq. ARDC # 618332
Paul A. Ruscheinski, Esq. ARDC # 6279731
One South Wacker Drive, Suite 2500
Chicago, Illinois 60606
(312) 346-1973
Pruscheinski@pretzel-stouffer.com

CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the 14$^h$ day of July, 2008, we have electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF System, Defendant's Notice of Motion and Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic system.

Pete E. Naylor
Hupy & Abraham
501 N. Riverside Drive, Suite 101
Gurnee, IL 60031
PNaylor@mfhupy.com

    Respectfully submitted,
    PRETZEL & STOUFFER, CHARTERED
    By:/s/Paul A. Ruscheinski
    One of the Attorneys for
    Allied Holdings, Inc.
    Edward B. Ruff, III, Esq. ARDC # 618332
    Paul A. Ruscheinski, Esq. ARDC #
    6279731 One South Wacker Drive, Suite
    2500 Chicago, Illinois 60606
    (312) 346-1973
    Pruscheinski@pretzel-stouffer.com