## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1752 | **DATE** | 8/7/2008 |
| **CASE TITLE** | Zawacki vs. Doe, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.   Defendant's motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) [11] is denied without prejudice for want of jurisdiction. The motion should properly be noticed up before Judge Andersen.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CDH |
|---|---|---|