### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| LISA ZAWACKI, | ) | |
| | ) | |
| Plaintiff, | ) | Filed: March 26, 2008 |
| | ) | |
| v. | ) | Case No.:  08 CV 1752 NF |
| | ) | |
| JOHN DOE, Individually, and as an Agent For | ) | Circuit Case No.: 08 L 149 |
| ALLIED HOLDINGS, INC. and ALLIED | ) | |
| HOLDINGS, INC. d/b/a ALLIED HOLDINGS | ) | Assigned Judge: Anderson |
| GROUP d/b/a ALLIED SYSTEMS d/b/a | ) | Designated Magistrate Judge: |
| ALLIED SYSTEMS HOLDINGS, INC. d/b/a | ) | Cole |
| ALLIED SYSTEMS GROUP, INC. d/b/a ALLIED | ) | |
| SYSTEMS, INC. OF GEORGIA, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
J.N
SEP X 2 2008
SEP 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES the Plaintiff, LISA ZAWACKI, by her attorneys, HUPY &

ABRAHAM, and respectfully requests this Honorable Court to grant leave, thereby

permitting Plaintiff to file an Amended Complaint, and states as follows:

1. Plaintiff filed her Complaint in Lake County Circuit Court, Nineteenth Judicial Circuit, on February 20, 2008.

2. Service was obtained on Defendant, Allied Systems Holdings, Inc. on June 9, 2008.

3. That the attached First Amended Complaint be allowed to be filed instanter.

4. That in amending Plaintiff's damages sought, instant cause shall be removed to State Court, Nineteenth Judicial Circuit, Lake County, Illinois.

5. No parties will be prejudiced with the filing of an Amended Complaint.

WHEREFORE, Plaintiff, LISA ZAWACKI, prays for this Honorable Court to

grant leave, permitting Plaintiffs to file attached First Amended Complaint, instanter and

that this cause be removed to State Court, Nineteenth Judicial Circuit, Lake County,

Illinois.

Respectfully submitted,
LISA ZAWACKI, Plaintiff,

By:

Pete Naylor
HUPY AND ABRAHAM
ATTY # 6286944

Pete Naylor
Hupy & Abraham
501 North Riverside Drive, Suite 101
Gurnee, IL  60031