

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA ZAWACKI, ) | |
| ) | |
| Plaintiff, ) | Filed: March 26, 2008 |
| ) | |
| v. ) | Case No.: 08 CV 1752 NF |
| ) | |
| JOHN DOE, Individually, and as an Agent For ) | Circuit Case No.: 08 L 149 |
| ALLIED HOLDINGS, INC. and ALLIED ) | |
| HOLDINGS, INC. d/b/a ALLIED HOLDINGS ) | Assigned Judge: Anderson |
| GROUP d/b/a ALLIED SYSTEMS d/b/a ) | Designated Magistrate Judge: |
| ALLIED SYSTEMS HOLDINGS, INC. d/b/a ) | Cole |
| ALLIED SYSTEMS GROUP, INC. d/b/a ALLIED ) | |
| SYSTEMS, INC. OF GEORGIA, ) | |
| ) | |
| Defendants. ) | |

**FILED**
J N
SEP X 2 2008
Sep 2, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

On Thursday, September 18, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable **Judge Wayne Anderson** in **Room 1403**, or any judge sitting in his stead, in the courtroom usually occupied by him at the Northern District of Illinois Eastern Division and shall then and there present for hearing, **Plaintiff's Motion for Leave to File Amended Complaint,** a copy of which is attached hereto.

               Respectfully submitted,
               LISA ZAWACKI, Plaintiff,

               By: _____
               Pete Naylor
               HUPY AND ABRAHAM
               ATTY # 6286944

Pete Naylor
Hupy & Abraham
501 North Riverside Drive, Suite 101
Gurnee, IL 60031

## PROOF OF SERVICE

    I, Pete Naylor, certify that I served this notice by mailing a copy to the below-mentioned attorney at the below-mentioned address by depositing the same in the U.S. mail at 501 North Riverside Drive, Gurnee, Illinois, at 4:30 p.m., on this 28th of August, 2008, with proper postage prepaid.

Dated this 28th day of August,

By: _____
Pete E. Naylor
HUPY & ABRAHAM
501 North Riverside Drive
Suite 101
Gurnee, IL  60031

## SERVICE LIST

Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

Paul A. Ruscheinski
Pretzel & Stouffer
One South Wacker Drive, Suite 2500
Chicago, IL  60606-4673